UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS E. SULLIVAN,

    Plaintiff,

v.                                    CASE NO: 8:04-cv-1817-T-23TBM

STATE OF FLORIDA DEPARTMENT
OF JUVENILE JUSTICE,

    Defendant.
_____/

## **ORDER**

The parties file a stipulation (Doc. 30) of voluntary dismissal with prejudice. Rule 41(a), Federal Rules of Civil Procedure. The stipulation (Doc. 30) is **APPROVED** and the action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs.

ORDERED in Tampa, Florida, on May 18, 2005.

                                                STEVEN D. MERRYDAY
                                                UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy